IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00344-STV

DARNELL WASHINGTON

Plaintiff,

v.

OFFICER ANDREW NICCUM,
OFFICER CHRISTOPHER COCHRAN,
OFFICER JACOB VAPORIS,
DETECTIVE FRANK CAPOLUNGO,
CITY AND COUNTY OF DENVER,

      Defendants.

## NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS

      Defendants City and County of Denver ("Denver"), Andrew Niccum, Jacob Vaporis and Frank Capolungo (collectively, "Denver Defendants"), through undersigned counsel, provide notice that conventionally submitted materials in the form of Body Worn Camera footage, dated February 21, 2022, has been submitted to the Court for its consideration as Exhibit D and Exhibit E to Defendants' Motion to Dismiss [Doc. #30].

      Dated this 19th day of April, 2024.

      Respectfully submitted,

      *s/ Kevin McCaffrey*
      Kevin McCaffrey, Assistant City Attorney
      Denver City Attorney's Office
      201 West Colfax Ave., Dept. 1108
      Denver, Colorado 80202
      Telephone:    (720) 913-3100
      Email: kevin.mccaffrey@denvergov.org
      *Attorney for Defendants Denver, Niccum, Vaporis and Capolungo*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of April, 2024, I electronically filed the foregoing **NOTICE OF CONVENTIONALLY SUBMITTED MATERIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Trine Law Firm LLC
155 E. Boardwalk Drive #400
Fort Collins, CO 80525
Phone: 970-391-9442
Fax: 970-458-1800
ctrine@trinelaw.net

Chad A. Atkins, #24459
Atkins Law
9249 South Broadway #200-138
Highlands Ranch, CO 80129
Phone: 303-667-0528
Seeatkins@comcast.net

Mark H. Andrews, #39709
Andrews Law Firm
600 17th Street, Suite 2800 South
Denver, CO 80202
Phone: 303-861-1500
mark@andrewslawfirm.org
*Attorneys for Plaintiff*

Andrew Ringel, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
ringela@hallevans.com
*Attorney for Christopher Cochran*

            *s/ Nicole Petosa*
            Denver City Attorney's Office