IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00344-STV

DARNELL WASHINGTON,

    Plaintiff,

v.

OFFICER ANDREW NICCUM,
OFFICER CHRISTOPHER COCHRAN,
OFFICER JACOB VAPORIS,
DETECTIVE FRANK CAPOLUNGO,
CITY AND COUNTY OF DENVER.

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Madison Smith, as counsel of record for Officer Andrew Niccum, Officer Jacob Vaporis, Detective Frank Capolungo, and City and County of Denver ("Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1:</u> Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

2. Madison Smith left her employment with the Denver City Attorney's Office Civil Litigation Section her last active date of employment is July 11, 2025. Therefore, good cause exists to allow Mrs. Smith to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Mark Barnes and Veronica Phifer will continue to represent Defendants in this action as counsel of record.

4. Given that Defendants have had, and will continue to have, official representation, no parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought herein.

5. <u>Advisement pursuant to D.C.Colo.LAttyR 5(b)</u>: Defendants are provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all Court orders and time limitations established by any applicable rules, via service by the CM/ECF system to counsel of record. Mr. Barnes and Ms. Phifer will continue to comply with this responsibility on Defendants' behalf.

WHEREFORE, having shown good cause, undersigned counsel, Madison Smith, respectfully requests this Court enter an Order permitting her withdrawal as counsel of record for the Defendant in this action.

DATED this 10th day of July 2025.

Respectfully submitted,

By: *s/ Madison Smith*
Madison Smith, Assistant City Attorney
Mark Barnes, Assistant City Attorney
Veronica Phifer, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
madison.smith @denvergov.org
mark.barnes@denvergov.org
veronica.phifer@denvergov.org
*Attorneys for the Defendants Officer Andrew Niccum, Officer Jacob Vaporis, Detective Frank Capolungo, and City and County of Denver*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th of July, 2025, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Chad A. Atkins
Atkins Law
seeatkins@comcast.net

Mark H. Andrews
Mark H. Andrews, LLC, Law Office of
mark@andrewslawfirm.org

Cheryl Louise Trine
Trine Law Firm LLC
ctrine@trinelaw.net
*Attorneys for Plaintiff*

Andrew David Ringel
Edmund Martin Kennedy
Hall & Evans LLC
ringela@hallevans.com
kennedye@hallevans.com
*Attorneys for Defendant Christopher Cochran*

*s/ Jessie Foreman*
Denver City Attorney's Office
