IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action No. 24-cv-00344-STV | Date: June 17, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: FTR A402 |

*Parties:*                                                                                     *Counsel:*

DARNELL WASHINGTON

    Plaintiff,

v.

ANDREW NICCUM; *et al,*                                                    David Belsheim
                                                                                              Edmund Kennedy

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**
**Court in session:**    10:30 a.m.

Court calls case.  Appearances of counsel . Interested party, Latonya Amos, appears by telephone.

This matter is before the Court for a status of the case.

Statements by counsel and Ms. Amos regarding status of the case and status of probate.

Defendants are permitted to file a Motion to Dismiss as outlined on the record.


HEARING CONCLUDED.
**Court in recess:**    10:39  a.m.
Total time in court:   00:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303)-815-0487/scheduling@pattersontranscription.com  or AB Litigation Services at (303)-629-8534.